# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140748

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

EDWIN ELLIS RODGERS,
        Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140748
COA: 295826
Allegan CC: 08-016065-FC

_____/

On order of the Court, the application for leave to appeal the February 17, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

s0621